RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUN 18 2021
JAMES N. HATTEN, Clerk
By: Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

| | |
|---|---|
| KENNEDY UZOMBA<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 1:21-CV-2492<br>*(to be filled in by the Clerk's Office)* |
| -v- | Jury Trial: *(check one)* ☑ Yes ☐ No |
| 1.ROSEMARY UZOMBA, 2. LARRY LAWSON, 3. ROBERT UZOMBA, 4. DALE T. FRYE (aka JANE DOE), jointly and severally.<br>See attached<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
**(28 U.S.C. § 1332; Diversity of Citizenship)**

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | KENNEDY UZOMBA |
| Street Address | P.O. Box 2636 |
| City and County | Acworth |
| State and Zip Code | G.A. 30102 |
| Telephone Number | (770) 369 - 2834 |
| E-mail Address | kennedypersonal@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | ROSEMARY UZOMBA |
| Job or Title *(if known)* | |
| Street Address | WESTMORELAND HOSPITAL 532 W. Pittsburgh Street 7th Floor |
| City and County | Greensburg |
| State and Zip Code | PA 15601 |
| Telephone Number | (617) 732 - 6879 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | LARRY LAWSON |
| Job or Title *(if known)* | |
| Street Address | 354 Merriweather Road |
| City and County | Enterprise |
| State and Zip Code | AL 36330 |
| Telephone Number | (915) 203-6989 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | ROBERT UZOMBA |
| Job or Title *(if known)* | |
| Street Address | 416 Abell Avenue |
| City and County | Syracuse |
| State and Zip Code | NY 13209 |
| Telephone Number | (315) 372-3950 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | DALE T. FRYE (aka JANE DOE) |
| Job or Title *(if known)* | |
| Street Address | 116 Jonesburg Court |
| City and County | Savannah |
| State and Zip Code | GA 31405 |
| Telephone Number | (912) 432-5391 |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Kennedy Uzomba, is a citizen of the State of *(name)* Georgia.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* ROSEMARY UZOMBA et al, is a citizen of the State of *(name)* Pennsylvania. Or is a citizen of *(foreign nation)* ______.

2. If the defendant is a corporation

   The defendant, *(name)* ______, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______. Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* ______.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

($102 Million, jointly and severally, from ALL DEFENDANTS): Claim for (1) Constitutional and Civil Liberties Violations, (2) Injunctive/Declaratory Relief, (3) Fraudulent Concealment, (4) Fraudulent Inducement, (5) Intereference with Contractual Relations - Right to Reimbursement / Military Disability & Employment Back Pay & Military Awards (6) Breach of Privacy, (7) Breach of Personality Rights, (8)

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 06/18/2021 , at *(place)* Varies States that include Georgia and New York ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

Defendants directly or inadvertently operated within a common sphere of influence and cooperation ( " civil conspiracy " ): by directing, managing, operating, providing material support, controlled by defendants individually named, and other persons not named who acted in concert with and on the instructions of named defendants, and have (acting by, through or at the direction of senior officials) served as instrumentalities in the planning, sponsorship, funding, provisioning of the means to carry out, execute, and conceal the herein predicate acts and omissions of negligent and tortious personal injuries and career manipulation alleged in this complaint.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

All defendants to one degree or another damaged Plaintiff through the following CAUSES OF ACTION: (1) Constitutional and Civil Liberties Violations, (2) Injunctive/Declaratory Relief, (3) Fraudulent Concealment, (4) Fraudulent Inducement, (5) Interference with Contractual Relations - Right to Reimbursement / Military Disability & Employment Back Pay & Military Awards (6) Breach of Privacy, (7) Breach of Personality Rights, (8) Negligent and Tortious Personal Injuries; (9) Negligent and Tortious Infliction of Emotional Distress Injuries (10) Breach of Duty of Care.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(From ALL DEFENDANTS): Claim for (1) Constitutional and Civil Liberties Violations, (2) Injunctive/Declaratory Relief, (3) Fraudulent Concealment, (4) Fraudulent Inducement, (5) Intereference with Contractual Relations - Right to Reimbursement / Military Disability & Employment Back Pay & Military Awards (6) Breach of Privacy, (7) Breach of Personality Rights, (8) Negligent and Tortious Personal Injuries; (9) Negligent and Tortious Infliction of Emotional Distress Injuries (10) Breach of Duty of Care.

TOTAL RELIEF = $102 Million, jointly and severally.

The above amounts include actual, general, special, punitive and consequential damages. Defendants alleged wrongs continue to persist to the present day and time.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/18/2021

Signature of Plaintiff

Printed Name of Plaintiff Kennedy Uzomba

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address